1 | **GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
2 | 18400 Von Karman, Suite 300
Irvine, California 92612
3 | Tel: (949) 553-1010
Fax: (949) 553-2050
4 | dag@gauntlettlaw.com
jal@gauntlettlaw.com
5 |
Attorneys for Plaintiffs,
6 | JOHN NAZARIAN and
MARY NAZARIAN
7 |

8 | MARC S. HINES (SBN 140065)
mhines@lawhhp.com
9 | CHRISTINE M. EMANUELSON (SBN 221269)
cemanuelson@lawhhp.com
10 | **HINES HAMPTON PELANDA LLP**
30 Executive Park, Suite 210
11 | Irvine, California 92614
Tel.: (714) 513-1122
12 | Fax: (714) 242-9529

13 | Attorneys for Defendant,
SCOTTSDALE INSURANCE COMPANY
14 |

15 | **UNITED STATES DISTRICT COURT**

16 | **CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| JOHN NAZARIAN, an individual, and MARY NAZARIAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTTSDALE INSURANCE CO., an Ohio corporation,<br><br>Defendant. | **CASE NO.: 5:20-cv-01392-CBM-SHK**<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE   [JS-6]**<br><br>*[Joint Stipulation to Dismiss Action With Prejudice Filed Concurrently Herewith]* |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that, pursuant to the confidential settlement agreement reached between Plaintiffs John Nazarian and Mary Nazarian ("Plaintiffs") and Defendant Scottsdale Insurance

1

1  Company ("Defendant"), the above-referenced action is hereby dismissed in its
2  entirety with prejudice.  Each party shall bear its own costs and fees.
3       **IT IS SO ORDERED.**
4
5  Dated: JANUARY 11, 2021        _____
6                                  **HON. CONSUELO B. MARSHALL**
                                   **United States District Judge**
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28